Official Form 1 (04/10)

## United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patrick, Korey M.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Patrick, Laquita C.** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Laquita Gibson** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **1667** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **7927** |
| Street Address of Debtor (No. & Street, City, and State):<br>**1284 Whispering Hills Drive**<br>**Naperville, IL**    ZIPCODE **60540** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**1284 Whispering Hills Drive**<br>**Naperville, IL**    ZIPCODE **60540** |
| County of Residence or of the<br>Principal Place of Business: **Dupage** | County of Residence or of the<br>Principal Place of Business: **Dupage** |
| Mailing Address of Debtor (if different from street address):<br>**SAME**    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>**SAME**    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **NOT APPLICABLE**    ZIPCODE | |

| **Type of Debtor** (Form of organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

**Nature of Business** section continued:

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)

☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"        ☐ Debts are primarily business debts.

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Official Form 1 (04/10)**                                                                                          **FORM B1, Page   2**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Korey M. Patrick and*<br>*Laquita C. Patrick* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | **(If more than two, attach additional sheet)** |
|---|---|

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | **(If more than one, attach additional sheet)** |
|---|---|

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X *  /s/ Richard S. Bass*                                   *09/01/2011* |
| | Signature of Attorney for Debtor(s)                                   Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                 FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
| (This page must be completed and filed in every case) | *Korey M. Patrick and* |
| | *Laquita C. Patrick* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Korey M. Patrick*
_____
Signature of Debtor

**X** */s/ Laquita C. Patrick*
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*09/01/2011*
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed name of Foreign Representative)

_____

(Date)

### Signature of Attorney*

**X** */s/ Richard S. Bass*
_____
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
_____
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass, LTD.*
_____
Firm Name

*2021 Midwest Road*
_____
Address

*Suite #200*
_____

*Oak Brook, IL   60523*
_____

*630-953-8655*
_____
Telephone Number

*09/01/2011*
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under
Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

   **Chapter 7:** Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

<u>Chapter 13</u>:  **Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

<u>Chapter 11</u>:  **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

<u>Chapter 12</u>:  **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

FORM B6A (Official Form 6A) (12/07)

In re **Korey M. Patrick and Laquita C. Patrick** ,                         Case No._____
                              Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | **TOTAL $** | *0.00* |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re  __Korey M. Patrick and Laquita C. Patrick__ ,    Case No. _____
                                Debtor(s)                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br>Location: In debtor's possession | J | $ 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct: Bank of America<br>Location: In debtor's possession | J | $ 150.00 |
| | | Savings Acct: Bank of America<br>Location: In debtor's possession | J | $ 20.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc. used household goods & furnishings<br>Location: In debtor's possession | J | $ 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. used personal items, pictures & books<br>Location: In debtor's possession | J | $ 200.00 |
| 6.  Wearing apparel. | | Misc. used personal clothing<br>Location: In debtor's possession | J | $ 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance<br>Location: In debtor's possession | J | $ 1.00 |

In re _Korey M. Patrick and Laquita C. Patrick_____ ,    Case No. _____
      Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *1997 Mercedes Benz E420* *Location: In debtor's possession* | J | $ 5,000.00 |

In re _Korey M. Patrick and Laquita C. Patrick_ , Case No. _____
Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _2008 Nissan Altima_<br>_Location: In debtor's possession_ | J | $ 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page ___3___ of ___3___

Total ➡  $ 17,071.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re **Korey M. Patrick and Laquita C. Patrick**                    ,          Case No. _____

                    Debtor(s)                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Checking Acct  Bank of America* | *735 ILCS 5/12-1001(b)* | *$ 150.00* | *$ 150.00* |
| *Savings Acct: Bank of America* | *735 ILCS 5/12-1001(b)* | *$ 20.00* | *$ 20.00* |
| *Misc. used household goods & furnishings* | *735 ILCS 5/12-1001(b)* | *$ 2,000.00* | *$ 2,000.00* |
| *Misc. used personal items, pictures & books* | *735 ILCS 5/12-1001(a)* | *$ 200.00* | *$ 200.00* |
| *Misc. used personal clothing* | *735 ILCS 5/12-1001(a)* | *$ 500.00* | *$ 500.00* |
| *1997 Mercedes Benz E420* | *735 ILCS 5/12-1001(c)* *735 ILCS 5/12-1001(b)* | *$ 2,400.00* *$ 2,600.00* | *$ 5,000.00* |
| *2008 Nissan Altima* | *735 ILCS 5/12-1001(c)* *735 ILCS 5/12-1001(b)* | *$ 2,400.00* *$ 300.00* | *$ 9,000.00* |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Korey M. Patrick and Laquita C. Patrick _____,   Case No. _____
          **Debtor(s)**                                                                                 **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Nissan Motor Acceptance*<br>*Attn:  Bankruptcy Dept*<br>*PO Box 660360*<br>*Dallas TX 75266-0000* | W | *2011*<br>*Purchase Money Security*<br>*2008 Nissan Altima*<br><br>Value: *$ 9,000.00* | | | | | *$ 6,300.00* | *$ 0.00* |
| Account No:<br>*Creditor # : 2*<br>*Nissan Motor Acceptance*<br>*Attn Bankruptcy Dept*<br>*PO Box 0548*<br>*Carol Stream  TIL 60132-0548* | J | *2008*<br>*Notice to other location*<br>*2008 Nissan Altima (Notice to other location)*<br><br>Value: *$ 9,000.00* | | | | | *$ 0.00* | *$ 0.00* |
| Account No:<br><br><br> | | <br><br>Value: | | | | | | |

No continuation sheets attached

|  | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | *$ 6,300.00* | *$ 0.00* |
| **Total $**<br>(Use only on last page) | *$ 6,300.00* | *$ 0.00* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re <u>Korey M. Patrick and Laquita C. Patrick</u> ,    Case No._____
            **Debtor(s)**                                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>    **continuation sheets attached**

Official Form 6E (04/10)³ Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,    Case No._____

          **Debtor(s)**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No: **Creditor # : 1** *Illinois Attorney General Attn:A G Collection-Bankruptc 33 S. State St #992 Chicago IL 60603* | J | 2011 *Notice to State Agency* | | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: **Creditor # : 2** *Illinois Dept Child Support Attn:Collection-Bankrupt Dept 509 S. Sixth St Springfield IL 62701-1825* | H | 2011 *Notice* | | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: **Creditor # : 3** *Koerra Bailey 5454 Tinker Ave Belton MO 64102* | J | 2006-11 *Notice to Support Recipient* | | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 0.00 | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 0.00    0.00 |

B6F (Official Form 6F) (12/07)

In re _Korey M. Patrick and Laquita C. Patrick_____ ,     Case No._____
              **Debtor(s)**                                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5812 *Creditor # : 1* ACC International Collection RE:   TCF Bank 919 Estes Ct Schaumburg IL 60193-4427 | | J | 2006-2011 Collection | | | | $ 98.00 |
| Account No:   5932 *Creditor # : 2* ACL Laboratories Attn:  Patient Accts 8901 W Lincoln Ave Milwaukee WI 53227 | | J | 2006-2011 Medical Bills | | | | $ 183.00 |
| Account No:   1637 *Creditor # : 3* Advocate Good Samaritan Hosp Attn:   Patient Accts PO Box 93548 Chicago IL 60673-0000 | | J | 2006-2011 Medical Bills | | | | $ 100.00 |
| Account No:   8545 *Creditor # : 4* Advocate Good Samaritan Hosp Attn:  Patient Accts PO Box 93548 Chicago IL 60673-0000 | | J | 2006-2011 Medical Bills | | | | $ 1,221.00 |

_24_ continuation sheets attached

Subtotal $   $ 1,602.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_ ,   Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    6654<br>Creditor # : 5<br>Advocate Good Samaritan Hosp<br>Attn:   Patient Accts<br>PO Box 93548<br>Chicago IL 60673-0000 | | J | 2006-2011<br>Medical Bills | | | | $ 15,950.00 |
| Account No:    2627<br>Creditor # : 6<br>Advocate Medical Group<br>Attn:  Patient Accounts<br>701 Lee Street<br>Des Plaines IL 60016 | | J | 2006-2011<br>Medical Bills | | | | $ 214.00 |
| Account No:    0102<br>Creditor # : 7<br>AFNI Inc.<br>RE: T-Mobile<br>PO BOX  3427<br>Bloomington IL 61702-3427 | | J | 2006-2011<br>Collection | | | | $ 454.00 |
| Account No:    6841<br>Creditor # : 8<br>Alliance One Receivables<br>RE:  Capital One<br>4850 Street Road     Level C<br> Trevose PA 19053 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:    7352<br>Creditor # : 9<br>Alliance One Receivables<br>RE:  DuPage County Clerk<br>8589 Aero Dr<br>San Diego CA 92123 | | J | 2006-2011<br>Collection | | | | $ 167.00 |
| Account No:    3663<br>Creditor # : 10<br>American Medical Collection<br>RE:  Quest Diagnostics Inc.<br>2269 S. Saw Mill River Rd, #3<br>Elmsford NY 10523 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   _1_ of   _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**         $ 16,785.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *Korey M. Patrick and Laquita C. Patrick*                    ,   Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    3847 |  | J | 2006-2011 |  |  |  | $ 1,760.00 |
| Creditor # : 11 Anesthesiologists, LTD. Attn:  Patient Accts 185 Penny Ave Dundee IL 60118 |  |  | Medical Bills |  |  |  |  |
| Account No:    4490 |  | J | 2006-2011 |  |  |  | $ 0.00 |
| Creditor # : 12 Armor Systems Corporation RE:  Our OBGYN SC 1700 Keifer Dr,  #1 Zion IL 60099-5105 |  |  | Notice to Collector |  |  |  |  |
| Account No:    9108 |  | J | 2006-2011 |  |  |  | $ 254.00 |
| Creditor # : 13 Arnold Scott Harris, P.C. RE:  Naperville Police Dept 222 Merchandise Mart,  #1932 Chicago IL 60654 |  |  | Collection |  |  |  |  |
| Account No:    4403 |  | J | 2006-2011 |  |  |  | $ 0.00 |
| Creditor # : 14 Arnold Scott Harris, P.C. RE:  Alsip Police Dept 222 Merchandise Mart,  #1932 Chicago IL 60654 |  |  | Notice to Collector |  |  |  |  |
| Account No:    0745 |  | J | 2006-2011 |  |  |  | $ 442.00 |
| Creditor # : 15 Arnold Scott Harris, P.C. RE:  Will Co Circuit Court Cl 222 Merchandise Mart,  #1932 Chicago IL 60654 |  |  | Collection |  |  |  |  |
| Account No:    1534 |  | J | 2006-2011 |  |  |  | $ 507.00 |
| Creditor # : 16 Arnold Scott Harris, P.C. RE:  Woodridge-Naperville PD 222 Merchandise Mart,  #1932 Chicago IL 60654 |  |  | Collection |  |  |  |  |

Sheet No.   2   of    24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,963.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____,        Case No._____
            **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    9370<br><br>Creditor # : 17<br>Arnold Scott Harris, P.C.<br>RE:  Bolingbrook Police Dept<br>222 Merchandise Mart,  #1932<br>Chicago IL 60654 | | J | 2006-2011<br>Collection | | | | $ 325.00 |
| Account No:    7162<br><br>Creditor # : 18<br>Arnold Scott Harris, P.C.<br>RE:  Illinois Tollway<br>222 Merchandise Mart,  #1932<br>Chicago IL 60654 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 19<br>Arrow Financial Service<br>RE:  Ashworth University<br>5996 W. Touhy<br>Niles IL 60714-4610 | | J | 2006-2011<br>Collection | | | | $ 718.00 |
| Account No:    7906<br><br>Creditor # : 20<br>Asset Acceptance LLC<br>RE:  Nicor Gas Co<br>PO BOX  2036<br>Warren MI 48090-2036 | | J | 2006-2011<br>Collection on Utility Bills | | | | $ 670.00 |
| Account No:    0556<br><br>Creditor # : 21<br>Asset Acceptance LLC<br>RE:  Bally Total Fitness<br>PO BOX  2036<br>Warren MI 48090-2036 | | J | 2006-2011<br>Collection | | | | $ 1,159.00 |
| Account No:    4989<br><br>Creditor # : 22<br>AT&T<br>Attn:  Bankruptcy Dept<br>PO BOX  8212<br>Aurora IL 60572-8212 | | J | 2006-2011<br>Telephone | | | | $ 321.00 |

Sheet No.   _3_ of   _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 3,193.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,      Case No. _____
            **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4477<br><br>Creditor # : 23<br>Bolingbrook Police Department<br>Attn:  Bail Bond Records<br>375 W. Briarcliff Rd<br>Bolingbrook IL 60440 | | J | 2006-2011<br>Bail Bond Fee<br>Case No 10-4477 | | | | $ 50.00 |
| Account No:   8902<br><br>Creditor # : 24<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  30285<br>Salt Lake City UT 84130-0285 | | J | 2006-2011<br>Credit Purchases | | | | $ 1,500.00 |
| Account No:   0496<br><br>Creditor # : 25<br>CBCS 21<br>RE:  Naperville Bail Bond<br>PO BOX  2334<br>Columbus OH 43216-2334 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:   0769<br><br>Creditor # : 26<br>CBCS 21<br>RE:  Naperville Bail Bond<br>PO BOX  2334<br>Columbus OH 43216-2334 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:   2095<br><br>Creditor # : 27<br>CBCS Collection<br>RE:  AT&T<br>PO BOX  163250<br>Columbus OH 43216-3250 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:   0295<br><br>Creditor # : 28<br>CBCS Collection<br>RE:  COM ED<br>PO BOX  163250<br>Columbus OH 43216-3250 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   4   of    24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**          $ 1,550.00
**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,        Case No._____
            **Debtor(s)**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>CBE Group<br>RE: Com Ed Residential<br>131 Tower Park Dr<br>Waterloo IA 50704 | | J | 2006-2011<br>Collection on Utility Bills | | | | $ 952.00 |
| Account No:  8602<br>Creditor # : 30<br>Chase<br>Attn: Bankruptcy Dept<br>PO BOX 15298<br>Wilmington DE 19850-5298 | | J | 2006-2011<br>Credit Purchases | | | | $ 500.00 |
| Account No:  5541<br>Creditor # : 31<br>Chase<br>Attn: Bankruptcy Dept<br>PO BOX 15298<br>Wilmington DE 19850-5298 | | J | 2006-2011<br>Notice to Other Location | | | | $ 0.00 |
| Account No:  1230<br>Creditor # : 32<br>Chase<br>Attn: Bankruptcy Dept<br>PO BOX 15298<br>Wilmington DE 19850-5298 | | J | 2006-2011<br>Credit Account | | | | $ 1,800.00 |
| Account No:<br>Creditor # : 33<br>Chase Bank USA, N.A.<br>Attn: Bankruptcy Dept<br>131 S. Dearborn St, FL 5<br>Chicago IL 60603 | | J | 2009<br>Judgement<br>DuPage Co Case No 2009 SR 000630 | | | | $ 5,092.00 |
| Account No:  7770<br>Creditor # : 34<br>Citibank-Student Loan Corp<br>Attn: Bankruptcy Dept<br>PO BOX 6191<br>Sioux Falls SD 57117-6191 | | J | 2006-2011<br>Student Loan | | | | $ 809.00 |

Sheet No.  5  of  24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 9,153.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,    Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 35 <br> Citibank-Student Loan Corp <br> Attn:  Bankruptcy Dept <br> 99 Garnsey Rd <br> Pittsford NY 14534-4565 | | J | 2006-2011 <br> *Notice to Other Location* | | | | $ 0.00 |
| Account No:    1180 <br> Creditor # : 36 <br> City of Chicago <br> Department of Revenue <br> PO BOX  88292 <br> Chicago IL 60680-1292 | | J | 2006-2011 <br> *Parking Violations* | | | | $ 244.00 |
| Account No:    2130 <br> Creditor # : 37 <br> City of Chicago <br> Department of Revenue <br> PO BOX  88292 <br> Chicago IL 60680-1292 | | J | 2006-2011 <br> *Parking Violations* | | | | $ 900.00 |
| Account No:    1180 <br> Creditor # : 38 <br> City of Chicago <br> Department of Revenue <br> PO BOX  88292 <br> Chicago IL 60680-1292 | | J | 2006-2011 <br> *Parking Violations* | | | | $ 200.00 |
| Account No:    9210 <br> Creditor # : 39 <br> City of Chicago <br> Department of Revenue <br> PO BOX  88292 <br> Chicago IL 60680-1292 | | J | 2006-2011 <br> *Parking Violations* | | | | $ 200.00 |
| Account No:    6320 <br> Creditor # : 40 <br> City of Naperville <br> Attn:    Collection Dept <br> 400 S. Eagle St <br> Naperville IL 60540 | | J | 2006-2011 <br> *Unsecured* | | | | $ 58.00 |

Sheet No.   6   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 1,602.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re Korey M. Patrick and Laquita C. Patrick                              ,        Case No. _____
          **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 3404<br>Creditor # : 41<br>City of Naperville<br>Attn:  Collection Dept<br>400 S. Eagle St<br>Naperville IL 60540 | | J | 2006-2011<br>Unsecured | | | | $ 56.00 |
| Account No: 1605<br>Creditor # : 42<br>City of Naperville<br>Attn:  Collection Dept<br>400 S. Eagle St<br>Naperville IL 60540 | | J | 2006-2011<br>Medical Bills | | | | $ 616.00 |
| Account No: 6734<br>Creditor # : 43<br>City of Naperville<br>Attn:  Collection Dept<br>400 S. Eagle St<br>Naperville IL 60540 | | J | 2006-2011<br>Unsecured | | | | $ 52.00 |
| Account No: 6910<br>Creditor # : 44<br>Clerk of Cook County Court<br>Attn :  Ticket Collection<br>10220 S. 76th Ave<br>Bridgeview IL 60455-2420 | | J | 2006-2011<br>Traffic Violation | | | | $ 170.00 |
| Account No: LG84<br>Creditor # : 45<br>CMD Account Management Inc.<br>RE:  DuPage Neonatology Assoc<br>729 E. Pratt St  #700<br>Baltimore MD 21202-3341 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 46<br>Comcast<br>Attn:  Bankruptcy Dept<br>PO BOX  3002<br>Southeastern PA 19398-3002 | | J | 2006-11<br>Notice to Other Location | | | | $ 0.00 |

Sheet No.   7   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 894.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Korey M. Patrick and Laquita C. Patrick</u>,                    Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8772 <br> Creditor # : 47 <br> Comcast <br> Attn:  Bankruptcy Dept <br> 1711 E. Wilson St <br> Batavia IL 60510-1470 | | J | 2006-2011 <br> Cable Television | | | | $ 170.00 |
| Account No:   5079 <br> Creditor # : 48 <br> Commonwealth Edison <br> Attn:  Bankruptcy Dept <br> 2100 Swift Drive <br> Oak Brook IL 60523-9644 | | J | 2006-2011 <br> Utility Bills | | | | $ 708.00 |
| Account No:   3938 <br> Creditor # : 49 <br> Credit Collection Services <br> RE:  Hollywood Video <br> Two Wells Avenue <br> Newton Center MA 02459 | | J | 2006-2011 <br> Collection | | | | $ 225.00 |
| Account No:   8772 <br> Creditor # : 50 <br> Credit Collection Services <br> RE:  Comcast Cable <br> Two Wells Avenue <br> Newton Center MA 02459 | | J | 2006-2011 <br> Notice to Collector | | | | $ 0.00 |
| Account No:   3663 <br> Creditor # : 51 <br> Credit Collection Services <br> RE:   Quest Diagnotics <br> Two Wells Avenue <br> Newton Center MA 02459 | | J | 2006-2011 <br> Notice to Collector | | | | $ 0.00 |
| Account No: <br> Creditor # : 52 <br> Credit Management <br> RE:   Village of Bolingbrook <br> 4200 International Pkwy <br> Carrollton ITX 75007-1906 | | J | 2006-2011 <br> Notice to Collector | | | | $ 0.00 |

Sheet No.   8   of   24   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,103.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,   Case No._____
            **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3547 *Creditor # : 53* *Credit Management* *RE:  Comcast* *4200 International Pkwy* *Carrollton ITX 75007-1906* | | J | *2006-2011* *Notice to Collector* | | | | $ 0.00 |
| Account No:   3995 *Creditor # : 54* *Credit Protection Association* *RE:  Comcast* *13355 Noel Rd* *Dallas TX 75240* | | J | *2006-2011* *Collection* | | | | $ 978.00 |
| Account No:   8730 *Creditor # : 55* *Credit Protection Association* *RE:  Comcast* *13355 Noel Rd* *Dallas TX 75240* | | J | *2006-2011* *Notice to Collector* | | | | $ 0.00 |
| Account No:   8910 *Creditor # : 56* *Credit Union 1* *Attn:  Bankruptcy Dept* *450 E 22nd Street, #250* *Lombard IL 60148* | | J | *2006-2011* *Overdraft Account* | | | | $ 333.00 |
| Account No: *Creditor # : 57* *CTI Collection Service* *RE:   City of Chicago* *PO Box 1022* *Wixom MI 48393-1022* | | J | *2006-2011* *Notice to Collector* | | | | $ 0.00 |
| Account No: *Creditor # : 58* *Dependon Collection Service* *Attn:  Bankruptcy Dept* *PO BOX  4833* *Oak Brook IL 60523* | | J | *2006-2011* *Notice to Collector* | | | | $ 0.00 |

Sheet No. _9_ of _24_ continuation sheets attached to Schedule of       Subtotal $       $ 1,311.00
Creditors Holding Unsecured Nonpriority Claims                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re <u>Korey M. Patrick and Laquita C. Patrick</u> ,   Case No. _____

**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5767<br><br>Creditor # : 59<br>Direct Loans<br>Attn:  Bankruptcy Dept<br>PO BOX  7202<br>Utica NY 13504-7202 | | J | 2006-2011<br>Student Loan | | | | $ 8,492.00 |
| Account No:<br><br>Creditor # : 60<br>DuPage County Court Clerk<br>Attn:  collections<br>505 N. County Farm Rd<br>Wheaton  IL 60187-0000 | | J | 2006-2011<br>Court Fines | | | | $ 1,392.00 |
| Account No:    LG84<br><br>Creditor # : 61<br>DuPage Neonatology<br>Attn:  Patient Accts<br>PO BOX  487<br>Hinsdale IL 60522-0487 | | J | 2006-2011<br>Medical Bills | | | | $ 780.00 |
| Account No:    5671<br><br>Creditor # : 62<br>Edward Hospital<br>Attn:   Patients Accts<br>PO Box 4207<br>Carol Stream  IL 60197-4207 | | J | 2006-2011<br>Medical Bills | | | | $ 1,238.00 |
| Account No:    6213<br><br>Creditor # : 63<br>Edward Hospital<br>Attn:   Patients Accts<br>PO Box 4207<br>Carol Stream  IL 60197-4207 | | J | 2006-2011<br>Medical Bills | | | | $ 792.00 |
| Account No:    0077<br><br>Creditor # : 64<br>Edward Hospital<br>Attn:   Patients Accts<br>PO Box 4207<br>Carol Stream  IL 60197-4207 | | J | 2006-2011<br>Medical Bills | | | | $ 180.00 |

Sheet No. __10__ of __24__ continuation sheets attached to Schedule of   Subtotal $   $ 12,874.00
Creditors Holding Unsecured Nonpriority Claims

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,      Case No._____
    **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   7016<br>Creditor # : 65<br>Edward Hospital<br>Attn:  Patients Accts<br>PO Box 4207<br>Carol Stream  IL 60197-4207 | | J | 2006-2011<br>Medical Bills | | | | $ 100.00 |
| Account No.   7064<br>Creditor # : 66<br>Emergency Healthcare Physician<br>Attn:  Patient Accts<br>PO BOX  366<br>Hinsdale IL 60522 | | J | 2006-2011<br>Medical Bills | | | | $ 254.00 |
| Account No.   4442<br>Creditor # : 67<br>Enhanced Recovery Corp<br>RE:  Equable Ascent Financial<br>8014 Bayberry Rd.<br>Jacksonville FL 32256 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No.   0089<br>Creditor # : 68<br>EOS CCA<br>RE:  Adventist Bolinbrook Hos<br>700 Longwater Dr<br>Norwell MA 02061 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No.<br>Creditor # : 69<br>Equable Ascent Finance<br>RE:  Chase Bank<br>1120 W. Lake Cook Rd, # B<br>Buffalo Grove IL 60089 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No.   3852<br>Creditor # : 70<br>FMA Alliance<br>RE:  Equable Ascent Financial<br>11811 North Freeway  #900<br>Houston TX 77060 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |

Sheet No. _11_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 354.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____,   Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9498 Creditor # : 71 Franklin Collection Service RE:  AT&T PO Box 3910 Tupleo MS 38803-3910 | | J | 2006-2011 Notice to Collector | | | | $ 0.00 |
| Account No:   7955 Creditor # : 72 GC Services Limited RE:  Illinois Tollway 6330 Gulfton Houston TX 77081 | | J | 2006-2011 Notice to Collector | | | | $ 0.00 |
| Account No:   3706 Creditor # : 73 GE Money Bank/Discount Tire Attn:  Bankruptcy Dept PO BOX  103104 Roswell GA 30076 | | J | 2006-2011 Credit Purchases | | | | $ 3,808.00 |
| Account No:   1530 Creditor # : 74 Harvard Collection Svc RE:  Commonwealth Edison 4839 N. Elston Ave Chicago IL 60630-2534 | | J | 2006-2011 Notice to Collector | | | | $ 0.00 |
| Account No:   8PE3 Creditor # : 75 I. C. System Inc. RE:   Washington Mutual 444 Highway 96 E, PO BOX 64887 Saint Paul MN 55164-0887 | | J | 2006-2011 Notice to Collector | | | | $ 0.00 |
| Account No: Creditor # : 76 Illinois Attorney General Attn: Bankruptcy Dpt-IDES 33 S. State St Chicago IL 60603 | | H | 2006-11 Notice to State Agency Notice of overpayment of Unemployment Benefits | | | | $ 0.00 |

Sheet No. _12_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 3,808.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,      Case No._____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1667<br>Creditor # : 77<br>Illinois Dept Employ Security<br>Attn Bankruptcy Dept<br>33 S. State Street<br>Chicago IL 60603 | | H | 2006-2011<br>Overpayment of Benefits | | | | $ 499.00 |
| Account No:   6330<br>Creditor # : 78<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 1,277.00 |
| Account No:   1351<br>Creditor # : 79<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 125.00 |
| Account No:   3138<br>Creditor # : 80<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 208.00 |
| Account No:   4045<br>Creditor # : 81<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 479.00 |
| Account No:   4924<br>Creditor # : 82<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 104.00 |

Sheet No._13_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 2,692.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____,     Case No._____
                         **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6535<br>Creditor # : 83<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 211.00 |
| Account No:   2383<br>Creditor # : 84<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 524.00 |
| Account No:   7603<br>Creditor # : 85<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 294.00 |
| Account No:   3415<br>Creditor # : 86<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 377.00 |
| Account No:   5520<br>Creditor # : 87<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 1,417.00 |
| Account No:   3059<br>Creditor # : 88<br>Illinois Tollway Authority<br>Attn:   Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 187.00 |

Sheet No. _14_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 3,010.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____,    Case No._____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    9959<br>Creditor # : 89<br>Illinois Tollway Authority<br>Attn:    Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 377.00 |
| Account No:    4785<br>Creditor # : 90<br>Illinois Tollway Authority<br>Attn:    Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 417.00 |
| Account No:    9898<br>Creditor # : 91<br>Illinois Tollway Authority<br>Attn:    Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 1,417.00 |
| Account No:    0083<br>Creditor # : 92<br>Illinois Tollway Authority<br>Attn:    Collection-Legal Dept<br>PO Box 5201<br>Lisle IL 60532-5201 | | J | 2006-2011<br>Tollway Fines | | | | $ 125.00 |
| Account No:    2680<br>Creditor # : 93<br>Macy's<br>Attn:  Bankruptcy Dept<br>9111 Duke Blvd<br>Mason OH 45040-8999 | | J | 2006-2011<br>Credit Purchases | | | | $ 151.00 |
| Account No:<br>Creditor # : 94<br>Macys Stores<br>PO Box 4563<br>Carol Stream  IL 60197-4563 | | J | 2006-11<br>Notice to Other Location | | | | $ 0.00 |

Sheet No.  15  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,487.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Korey M. Patrick and Laquita C. Patrick**_____ ,   Case No._____
            **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8545<br>Creditor # : 95<br>Medical Recovery Specialist<br>RE:  Good Samaritan Hosp<br>2250 E. Devon Ave  #352<br>Des Plaines IL 60018-4519 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:   5303<br>Creditor # : 96<br>MEPCO Finance Corp<br>RE:  StopRepairBills.Com<br>PO BOX  5978<br>Carol Stream IL 60197-5978 | | J | 2006-2011<br>Loan | | | | $ 99.00 |
| Account No:   6087<br>Creditor # : 97<br>Merchants Credit Guide<br>RE:  Adventist Hinsdale Hosp<br>223 W. Jackson Blvd, #400<br>Chicago IL 60606 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 705.00 |
| Account No:   6296<br>Creditor # : 98<br>Merchants Credit Guide<br>RE:  Adventist Hinsdale Hosp<br>223 W. Jackson Blvd, #400<br>Chicago IL 60606 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 604.00 |
| Account No:   6296<br>Creditor # : 99<br>Merchants Credit Guide<br>RE:  Adventist Hinsdale Hosp<br>223 W. Jackson Blvd, #400<br>Chicago IL 60606 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 900.00 |
| Account No:   0971<br>Creditor # : 100<br>Merchants Credit Guide<br>RE:  Hinsdale /Bolingbrook Adv<br>223 W. Jackson Blvd, #400<br>Chicago IL 60606 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 2,658.00 |

Sheet No. __16__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 4,966.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  *Korey M. Patrick and Laquita C. Patrick*                      ,        Case No. _____
                          **Debtor(s)**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0348<br>*Creditor # : 101*<br>*Merchants Credit Guide*<br>*RE:  Edward Hospital*<br>*223 W. Jackson Blvd, #400*<br>*Chicago IL 60606* | W | | *2006-2011*<br>*Notice to Collector* | | | | $ 0.00 |
| Account No:   0669<br>*Creditor # : 102*<br>*Midwest Diagnostic Pathology*<br>*Attn:  Patient Accts*<br>*75 Remittance Dr, #3070*<br>*Chicago IL 60675-3070* | J | | *2006-2011*<br>*Medical Bills* | | | | $ 303.00 |
| Account No:<br>*Creditor # : 103*<br>*Mr.M. Gondal*<br>*117 Schmidt*<br>*Bolingbrook IL 60440* | J | | *2008*<br>*Judgement*<br>*Will Co Case No 08 LM 1644* | | | | $ 4,300.00 |
| Account No:   6637<br>*Creditor # : 104*<br>*National Magazine Exchange*<br>*Attn:  Collections*<br>*PO BOX  9084*<br>*Clearwater FL 33758-9084* | J | | *2006-2011*<br>*Subscriptions* | | | | $ 268.00 |
| Account No:   5486<br>*Creditor # : 105*<br>*NCO - Medclear*<br>*RE:  Shadow Emergency Phys*<br>*PO BOX  41448*<br>*Philadelphia PA 19101* | J | | *2006-2011*<br>*Collection on Medical Bills* | | | | $ 50.00 |
| Account No:   5486<br>*Creditor # : 106*<br>*NCO - Medclear*<br>*RE:  Shadow Emergency Phys*<br>*PO BOX  41448*<br>*Philadelphia PA 19101* | J | | *2006-2011*<br>*Collection on Medical Bills* | | | | $ 834.00 |

Sheet No.  17  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 5,755.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,   Case No._____
**Debtor(s)**                                                        *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5486<br>Creditor # : 107<br>NCO - Medclear<br>RE:  Shadow Emergency Phys<br>PO BOX  41448<br>Philadelphia PA 19101 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 54.00 |
| Account No:   8162<br>Creditor # : 108<br>NCO Financial Systems Inc.<br>RE:  IL Tollway Authority<br>600 Holiday Plaza Dr,  #300<br>Matteson IL 60443 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:   8902<br>Creditor # : 109<br>NCO Financial Systems Inc.<br>RE:  Capital One<br>507 Prudential Road<br>Horsham PA 19044 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:   1783<br>Creditor # : 110<br>NCO Financial Systems Inc.<br>RE:  Sprint<br>507 Prudential Road<br>Horsham PA 19044 | | J | 2006-2011<br>Collection | | | | $ 230.00 |
| Account No:   7147<br>Creditor # : 111<br>NCO Financial Systems Inc.<br>RE:  IL Tollway Authority<br>600 Holiday Plaza Dr,  #300<br>Matteson IL 60443 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 112<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | J | 2006-2011<br>Utility Bills | | | | $ 53.00 |

Sheet No. _18_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 337.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,   Case No._____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 32 <br> Creditor # : 113 <br> NICOR Gas <br> Attn: Bankruptcy Dept <br> 1844 W. Ferry Road <br> Naperville IL 60563-9662 | | J | 2006-2011 <br> Utility Bills | | | | $ 79.00 |
| Account No: GIBL <br> Creditor # : 114 <br> OakBrook Pediatrics Ctr <br> Attn: Patient Accts <br> 3825 Highland Ave, #2-C <br> Downers Grove IL 60515 | | J | 2006-2011 <br> Medical Bills | | | | $ 419.00 |
| Account No: 4490 <br> Creditor # : 115 <br> Our OBGyn, S.C. <br> Attn: Patient Accts <br> 3825 Highland Ave, Twr 2-#303 <br> Downers Grove IL 60515 | | J | 2006-2011 <br> Medical Bills | | | | $ 5,224.00 |
| Account No: 8916 <br> Creditor # : 116 <br> Paragon Way Inc <br> RE: JCP <br> 2101 W. Ben White Blvd #103 <br> Austin TX 78704-7516 | | J | 2006-2011 <br> Collection | | | | $ 405.00 |
| Account No: 8748 <br> Creditor # : 117 <br> Penn Credit Corporation <br> RE: Illinois American Water <br> PO BOX 988 <br> Harrisburg PA 17108-0988 | | J | 2006-2011 <br> Collection | | | | $ 4,741.00 |
| Account No: 9956 <br> Creditor # : 118 <br> Planet Fitness <br> Attn: Collections <br> 1163 East Ogden Ave <br> Naperville IL 60563 | | J | 2006-2011 <br> Subscriptions | | | | $ 100.00 |

Sheet No. _19_ of _24_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 10,968.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Korey M. Patrick and Laquita C. Patrick**,                     Case No. _____
_____
**Debtor(s)**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    5782 <br> Creditor # : 119 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | J | 2006-2011 <br> Medical Bills | | | | $ 110.00 |
| Account No.    4659 <br> Creditor # : 120 <br> Radiologist of DuPage <br> Attn:   Patient Accts <br> 520 E. 22nd St <br> Lombard IL 60148 | | J | 2006-2011 <br> Medical Bills | | | | $ 67.00 |
| Account No.    8575 <br> Creditor # : 121 <br> Receivables Performance Mgt <br> RE:  Nicor Gas <br> 1930 220th Street, #101 <br> Bothell WA 98021 | | J | 2006-2011 <br> Collection on Utility Bills | | | | $ 79.00 |
| Account No.    0077 <br> Creditor # : 122 <br> Revenue Cycle Solutions RCS <br> RE:  Edward Hospital <br> PO BOX  7229 <br> Westchester IL 60154 | | J | 2006-2011 <br> Notice to Collector | | | | $ 0.00 |
| Account No.    6213 <br> Creditor # : 123 <br> Revenue Production Mgmt <br> RE:  Edward Hospital <br> PO BOX  77000  Dept 77308 <br> Detroit MI 48277-0308 | | J | 2006-2011 <br> Notice to Collector | | | | $ 0.00 |
| Account No.    8953 <br> Creditor # : 124 <br> Sc Medical Associates <br> Attn:  Patient Accts <br> 3649 Paysphere Circle <br> Chicago IL 60674 | | J | 2006-2011 <br> Medical Bills | | | | $ 19.00 |

Sheet No.   **20**  of   **24**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 275.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,   Case No._____
　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6504<br>Creditor # : 125<br>Sonnenschein FNL<br>RE:  Village of Stone Park<br>2 Transam Plaza Dr #3<br>Oak Brook IL 60523 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No:   1164<br>Creditor # : 126<br>State Collection Service<br>RE:  Emergency Healthcare Phys<br>2509 Stoughton Rd<br>Madison WI 53716-0000 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 271.00 |
| Account No:   1431<br>Creditor # : 127<br>State Collection Service<br>RE:  Emergency Healthcare Phys<br>2509 Stoughton Rd<br>Madison WI 53716-0000 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 300.00 |
| Account No:   530<br>Creditor # : 128<br>State Collection Service<br>RE:  Emergency Healthcare Phys<br>2509 Stoughton Rd<br>Madison WI 53716-0000 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 261.00 |
| Account No:   529<br>Creditor # : 129<br>State Collection Service<br>RE:  Emergency Healthcare Phys<br>2509 Stoughton Rd<br>Madison WI 53716-0000 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 261.00 |
| Account No:   840<br>Creditor # : 130<br>State Collection Service<br>RE:  Emergency Healthcare Phys<br>2509 Stoughton Rd<br>Madison WI 53716-0000 | | J | 2006-2011<br>Collection on Medical Bills | | | | $ 532.00 |

Sheet No.  21  of   24  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,625.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Korey M. Patrick and Laquita C. Patrick**                    ,        Case No._____
      **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  593￼<br>Creditor # : 131￼<br>State Collection Service￼<br>RE:  Emergency Healthcare Phys￼<br>2509 Stoughton Rd￼<br>Madison WI 53716-0000 | | J | 2006-2011￼<br>Collection on Medical Bills | | | | $ 254.00 |
| Account No:  2590￼<br>Creditor # : 132￼<br>State Farm Bank￼<br>Attn:  Bankruptcy Dept￼<br>PO BOX  3001￼<br>Malvern PA 19355 | | J | 2006-2011￼<br>Credit Card Purchases | | | | $ 1,146.00 |
| Account No:  3301￼<br>Creditor # : 133￼<br>State Farm Insurance￼<br>Attn:  Collections￼<br>PO BOX  680001￼<br>Dallas TX 75368-0001 | | J | 2006-2011￼<br>Insurance Premiums | | | | $ 127.00 |
| Account No:  418￼<br>Creditor # : 134￼<br>Stellar Rec￼<br>RE:  Comcast￼<br>1845 US Highway 93 S,  #310￼<br>Kalispell MT 59901 | | J | 2006-2011￼<br>Notice to Collector | | | | $ 0.00 |
| Account No:  0425￼<br>Creditor # : 135￼<br>Swedish Covenant Hospital￼<br>Attn:  Patient Accts￼<br>5145 North California Ave￼<br>Chicago IL 60625-3641 | | J | 2006-2011￼<br>Medical Bills | | | | $ 35.00 |
| Account No:  6504￼<br>Creditor # : 136￼<br>Tele-Collection Systems￼<br>RE:  Village of Stone PArk￼<br>2 TransAm Plaza,  #300￼<br>OakBrook Terrace IL 60181-4817 | | J | 2006-2011￼<br>Notice to Collector | | | | $ 0.00 |

Sheet No. __22__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,562.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Korey M. Patrick and Laquita C. Patrick</u>,     Case No. _____
              **Debtor(s)**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 7927<br>Creditor # : 137<br>U.S. Dept of Education<br>Attn:  Bankruptcy Dept<br>PO Box 5609<br>Greenville TX 75403-5609 | | W | 2006-2011<br>Student Loan | | | | $ 69,221.00 |
| Account No: 4268<br>Creditor # : 138<br>United Collection Bureau<br>RE:  Macy's<br>5620 Southwyck Blvd #206<br>Toledo OH 43614-1501 | | J | 2006-2011<br>Notice to Collector | | | | $ 0.00 |
| Account No: 9582<br>Creditor # : 139<br>US Bank<br>Attn:  Recovery Dept<br>PO BOX  5227, ML CN-OH-W15<br>Cincinnati OH 45202-5227 | | J | 2006-2011<br>Notice to Other Location | | | | $ 0.00 |
| Account No: 9582<br>Creditor # : 140<br>US Bank<br>Attn:  Recovery Dept<br>808 N. Route 59<br>Aurora IL 60504-7922 | | J | 2006-2011<br>Overdraft Account | | | | $ 508.00 |
| Account No:<br>Creditor # : 141<br>US Bank<br>Attn:  Recovery Dept<br>PO Box<br>Cincinnati OH 45202-5227 | | J | | | | | $ 0.00 |
| Account No: 6504<br>Creditor # : 142<br>Village of Stone Park<br>Attn:  Collections<br>1629 N. Mannheim<br>Stone Park IL 60165 | | J | 2009<br>Judgement | | | | $ 250.00 |

Sheet No. __23__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 69,979.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Korey M. Patrick and Laquita C. Patrick_____ ,        Case No. _____
　　　　　　　　**Debtor(s)**                                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0198  Creditor # : 143 *Vital Recovery Svc* *RE:  AIG Marketing Inc.* *PO Box 923747* *Norcross GA 30010-3747* | | J | 2006-2011  Collection | | | | $ 144.00 |
| Account No:    4442  Creditor # : 144 *Washington Mutual Card Service* *Attn:  Bankruptcy Dept* *PO BOX   9016* *Pleasanton CA 94566-9016* | | J | 2006-2011  Credit Card Purchases | | | | $ 1,841.00 |
| Account No:    7533  Creditor # : 145 *West Suburban Nursing & Rehab* *Attn:  Patient Accts* *311 Edgewater Dr* *Bloomingdale IL 60108* | | J | 2006-2011  Medical Bills | | | | $ 4,887.00 |
| Account No:    0142  Creditor # : 146 *WFNNB/Harlem Furniture* *Attn:  Bankruptcy Dept* *PO BOX   182125* *Columbus OH 43218-2125* | | J | 2006-2011  Credit Account | | | | $ 270.00 |
| Account No:    0489  Creditor # : 147 *WFNNB/The RoomPlace* *Attn:  Bankruptcy Dept* *PO BOX   182125* *Columbus OH 43218-2125* | | J | 2006-2011  Credit Account | | | | $ 3,808.00 |
| Account No: | | | | | | | |

Sheet No. __24__ of __24__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 10,950.00

**Total $**    $ 171,798.00

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Korey M. Patrick and Laquita C. Patrick_____ / Debtor          Case No. _____

                                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re *Korey M. Patrick and Laquita C. Patrick*                    / Debtor          Case No. _____

                                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Korey M. Patrick and Laquita C. Patrick**                    ,    Case No. _____

              **Debtor(s)**                                                                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): *daughter* *daughter* | | AGE(S): *2yr* *1yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Unemployed* | *Receptionist* |
| Name of Employer | | *Banner Personnel* |
| How Long Employed | | *2.5 mos* |
| Address of Employer | | *1101 E. 31st Street, #170* *Downers Grove IL 60515* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 910.00 | $ 1,300.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 910.00 | $ 1,300.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 151.67 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): *Child Support* | $ 290.33 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 290.33 | $ 151.67 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 619.67 | $ 1,148.33 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 619.67 | $ 1,148.33 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 1,768.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re _Korey M. Patrick and Laquita C. Patrick_____ ,     Case No. _____
                          **Debtor(s)**                                                                         (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

       Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 400.00 |
|     a. Are real estate taxes included?   Yes ☐  No ☒ | | |
|     b. Is property insurance included?   Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 120.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 70.00 |
|     d. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 160.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 100.00 |
|     e. Other  *Student loan* | $ | 50.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 410.00 |
|     b. Other: *Auto repair, upkeep & license* | $ | 40.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: *Personal care items & grooming* | $ | 20.00 |
|     Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 1,940.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 1,768.00 |
|     b. Average monthly expenses from Line 18 above | $ | 1,940.00 |
|     c. Monthly net income (a. minus b.) | $ | (172.00) |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Korey M. Patrick and Laquita C. Patrick*

Case No.

Chapter    **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $    0.00 | | |
| B-Personal Property | *Yes* | *3* | $    17,071.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    6,300.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $    0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *25* | | $    171,798.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $    1,768.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $    1,940.00 |
| TOTAL | | 37 | $    17,071.00 | $    178,098.00 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Korey M. Patrick and Laquita C. Patrick*                    Case No.

Chapter **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *78,522.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| TOTAL | $ *78,522.00* |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *1,768.00* |
| Average Expenses (from Schedule J, Line 18) | $ *1,940.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *2,500.00* |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *0.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *171,798.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *171,798.00* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Korey M. Patrick and Laquita C. Patrick_                                    Case No. _____
_____                                                        (if known)
                        Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___38___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _9/1/2011_____                    Signature  _/s/ Korey M. Patrick_____
                                                                             _Korey M. Patrick_

Date: _9/1/2011_____                    Signature  _/s/ Laquita C. Patrick_____
                                                                             _Laquita C. Patrick_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*Korey M. Patrick*                                            Case No.
    *and*
    *Laquita C. Patrick*
    *fka Laquita Gibson*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None   ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE

*Year to date: $0.00*                *2011 Wages from employment*    *Husband*
  *Last Year: $0.00*             *2010 Wages from employment*
*Year before: $0.00*              *2009 Wages from employment*

---

*Year to date: $3,000.00app*     *2011 Wages from employment*    *Wife*
  *Last Year: $14,348.00*     *2010 Wages from employment*
*Year before: $7,389.00*        *3009 Wages from employment*

---

### 2. Income other than from employment or operation of business

None   ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

*Year to date:$8,000.00app*   *2011 Unemployment compensation  Husband*
  *Last Year:$12,846.00*   *2010 Same*
*Year before:$3,800.00*   *2009 Same*

---

*Year to date:$4,500.00app*   *2011  Unemployment compensation Wife*
  *Last Year:$0.00*   *2010 None*
*Year before:$0.00*   *2009 None*

---

### 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Chase Bank vs. Laquita Gibson 09 SR 000630* | *Collection* | *DuPage County Circuit Court* | *Judgment* |
| *M Gonda vs. Korey Patrick 08 LM 1644* | *Eviction* | *Will County Circuit Court* | *Judgment* |

Statement of Affairs - Page 2

None ☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass*<br>*Address:*<br>*2021 Midwest Road*<br>*Suite #200*<br>*Oak Brook, IL 60523* | *Date of Payment:*<br>*Payor: Korey M. Patrick* | *$700.00* |

## 10. Other transfers

None  ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None  ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None  ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None  ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None  ☒   List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None  ☒   If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None  ☒   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None

☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses       in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None

☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None

☒    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None

☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None

☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None

☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None

☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None

☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None

☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

---

## 25. Pension Funds.

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceeding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _09/01/2011_     Signature of Debtor     _/s/ Korey M. Patrick_

Date _09/01/2011_     Signature of Joint Debtor (if any)     _/s/ Laquita C. Patrick_

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Korey M. Patrick and Laquita C. Patrick*          Case No.

Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *09/01/2011*          Debtor:  */s/ Korey M. Patrick*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Korey M. Patrick and Laquita C. Patrick*

Case No.
Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Nissan Motor Acceptance* | *2008 Nissan Altima* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____   (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *09/01/2011*         Debtor: */s/ Laquita C. Patrick*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Korey M. Patrick and Laquita C. Patrick*                           Case No.
                                                                           Chapter  7


_____ / Debtor


## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. *1* |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Nissan Motor Acceptance* | *2008 Nissan Altima* |

Property will be (check one) :

☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt        ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
| *None* | | ☐ Yes        ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _*09/01/2011*_____        Debtor:  */s/ Korey M. Patrick*_____

Date: _*09/01/2011*_____        Joint Debtor:  */s/ Laquita C. Patrick*_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re   *Korey M. Patrick*
     *and*
*Laquita C. Patrick*
*fka Laquita Gibson*

Case No.

Chapter  *7*

_____ / Debtor

Attorney for Debtor:   *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in
       connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *700.00*
    b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *700.00*
    c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*299.00*_____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
       file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
       court.
    c) Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *09/01/2011*               Respectfully submitted,

                    X *_/s/  Richard S. Bass_____*

Attorney for Petitioner: *Richard S. Bass*
*Law Office of Richard S. Bass, LTD.*
*2021 Midwest Road*
*Suite #200*
*Oak Brook IL  60523*
*630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Korey M. Patrick*
　　*and*
　　*Laquita C. Patrick*
　　*fka Laquita Gibson*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *09/01/2011*

*/s/ Korey M. Patrick*
Debtor

*/s/ Laquita C. Patrick*
Joint Debtor

ACC International Collections
RE:  TCF Bank
919 Estes Ct
Schaumburg, IL  60193-4427

ACL Laboratories
Attn:  Patient Accts
8901 W Lincoln Ave
Milwaukee, WI  53227

Advocate Good Samaritan Hosp
Attn:  Patient Accts
PO Box 93548
Chicago, IL  60673-0000

Advocate Good Samaritan Hosp
Attn:  Patient Accts
PO Box 93548
Chicago, IL  60673-0000

Advocate Medical Group
Attn:  Patient Accounts
701 Lee Street
Des Plaines, IL  60016

AFNI Inc.
RE: T-Mobile
PO BOX  3427
Bloomington, IL  61702-3427

Alliance One Receivables
RE:  DuPage County Clerk
8589 Aero Dr
San Diego, CA  92123

Alliance One Receivables
RE:  Capital One
4850 Street Road     Level C
 Trevose, PA  19053

American Medical Collection
RE:  Quest Diagnostics Inc.
2269 S. Saw Mill River Rd, #3
Elmsford, NY  10523

Anesthesiologists, LTD.
Attn:  Patient Accts
185 Penny Ave
Dundee, IL  60118

Armor Systems Corporation
RE:  Our OBGYN SC
1700 Keifer Dr,  #1
Zion, IL  60099-5105

Arnold Scott Harris, P.C.
RE:  Bolingbrook Police Dept
222 Merchandise Mart,  #1932
Chicago, IL  60654

Arnold Scott Harris, P.C.
RE:  Alsip Police Dept
222 Merchandise Mart,  #1932
Chicago, IL  60654


Arnold Scott Harris, P.C.
RE:  Will Co Circuit Court Cl
222 Merchandise Mart,  #1932
Chicago, IL  60654


Arnold Scott Harris, P.C.
RE:  Woodridge-Naperville PD
222 Merchandise Mart,  #1932
Chicago, IL  60654


Arnold Scott Harris, P.C.
RE:  Illinois Tollway
222 Merchandise Mart,  #1932
Chicago, IL  60654


Arnold Scott Harris, P.C.
RE:  Naperville Police Dept
222 Merchandise Mart,  #1932
Chicago, IL  60654


Arrow Financial Service
RE:  Ashworth University
5996 W. Touhy
Niles, IL  60714-4610


Asset Acceptance LLC
RE:  Bally Total Fitness
PO BOX  2036
Warren, MI  48090-2036


Asset Acceptance LLC
RE:  Nicor Gas Co
PO BOX  2036
Warren, MI  48090-2036


AT&T
Attn:  Bankruptcy Dept
PO BOX  8212
Aurora, IL  60572-8212


Bolingbrook Police Department
Attn:  Bail Bond Records
375 W. Briarcliff Rd
Bolingbrook, IL  60440


Capital One
Attn:  Bankruptcy Dept
P.O. BOX  30285
Salt Lake City, UT  84130-0285


CBCS 21
RE:  Naperville Bail Bond
PO BOX  2334
Columbus, OH  43216-2334

CBCS Collection
RE:  COM ED
PO BOX  163250
Columbus, OH  43216-3250

CBCS Collection
RE:  AT&T
PO BOX  163250
Columbus, OH  43216-3250

CBE Group
RE:  Com Ed Residential
131 Tower Park Dr
Waterloo, IA  50704

Chase
Attn:  Bankruptcy Dept
PO BOX  15298
Wilmington, DE  19850-5298

Chase Bank USA, N.A.
Attn:  Bankruptcy Dept
131 S. Dearborn St,  FL 5
Chicago, IL  60603

Citibank-Student Loan Corp
Attn:  Bankruptcy Dept
PO BOX  6191
Sioux Falls, SD  57117-6191

Citibank-Student Loan Corp
Attn:  Bankruptcy Dept
99 Garnsey Rd
Pittsford, NY  14534-4565

City of Chicago
Department of Revenue
PO BOX  88292
Chicago, IL  60680-1292

City of Naperville
Attn:   Collection Dept
400 S. Eagle St
Naperville, IL  60540

Clerk of Cook County Court
Attn :  Ticket Collection
10220 S. 76th Ave
Bridgeview, IL  60455-2420

CMD Account Management Inc.
RE:  DuPage Neonatology Assoc
729 E. Pratt St  #700
Baltimore, MD  21202-3341

Comcast
Attn:  Bankruptcy Dept
PO BOX  3002
Southeastern, PA  19398-3002

Comcast
Attn:  Bankruptcy Dept
1711 E. Wilson St
Batavia, IL  60510-1470

Commonwealth Edison
Attn:  Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL  60523-9644

Credit Collection Services
RE:  Hollywood Video
Two Wells Avenue
Newton Center, MA  02459

Credit Collection Services
RE:  Comcast Cable
Two Wells Avenue
Newton Center, MA  02459

Credit Collection Services
RE:  Quest Diagnotics
Two Wells Avenue
Newton Center, MA  02459

Credit Management
RE:  Village of Bolingbrook
4200 International Pkwy
Carrollton, ITX  75007-1906

Credit Management
RE:  Comcast
4200 International Pkwy
Carrollton, ITX  75007-1906

Credit Protection Association
RE:  Comcast
13355 Noel Rd
Dallas, TX  75240

Credit Union 1
Attn:  Bankruptcy Dept
450 E 22nd Street, #250
Lombard, IL  60148

CTI Collection Service
RE:  City of Chicago
PO Box 1022
Wixom, MI  48393-1022

Dependon Collection Service
Attn:  Bankruptcy Dept
PO BOX  4833
Oak Brook, IL  60523

Direct Loans
Attn:  Bankruptcy Dept
PO BOX  7202
Utica, NY  13504-7202

DuPage County Court Clerk
Attn:  collections
505 N. County Farm Rd
Wheaton , IL  60187-0000

DuPage Neonatology
Attn:  Patient Accts
PO BOX  487
Hinsdale, IL  60522-0487

Edward Hospital
Attn:  Patients Accts
PO Box 4207
Carol Stream , IL  60197-4207

Emergency Healthcare Physician
Attn:  Patient Accts
PO BOX  366
Hinsdale, IL  60522

Enhanced Recovery Corp
RE:  Equable Ascent Financial
8014 Bayberry Rd.
Jacksonville, FL  32256

EOS CCA
RE:  Adventist Bolinbgrook Hos
700 Longwater Dr
Norwell, MA  02061

Equable Ascent Finance
RE:  Chase Bank
1120 W. Lake Cook Rd, # B
Buffalo Grove, IL  60089

FMA Alliance
RE:  Equable Ascent Financial
11811 North Freeway  #900
Houston, TX  77060

Franklin Collection Service
RE:  AT&T
PO Box 3910
Tupleo, MS  38803-3910

GC Services Limited
RE:  Illinois Tollway
6330 Gulfton
Houston, TX  77081

GE Money Bank/Discount Tire
Attn:  Bankruptcy Dept
PO BOX  103104
Roswell, GA  30076

Harvard Collection Svc
RE:  Commonwealth Edison
4839 N. Elston Ave
Chicago, IL  60630-2534

I. C. System, Inc.
RE:   Washington Mutual
444 Highway 96 E, PO BOX 64887
Saint Paul, MN  55164-0887

Illinois Attorney General
Attn:A G Collection-Bankruptc
33 S. State St #992
Chicago, IL  60603

Illinois Attorney General
Attn: Bankruptcy Dpt-IDES
33 S. State St
Chicago, IL  60603

Illinois Dept Child Support
Attn:Collection-Bankrupt Dept
509 S. Sixth St
Springfield, IL  62701-1825

Illinois Dept Employ Security
Attn Bankruptcy Dept
33 S. State Street
Chicago, IL  60603

Illinois Tollway Authority
Attn:   Collection-Legal Dept
PO Box 5201
Lisle, IL  60532-5201

Macy's
Attn:  Bankruptcy Dept
9111 Duke Blvd
Mason, OH  45040-8999

Macys Stores
PO Box 4563
Carol Stream , IL  60197-4563

Medical Recovery Specialist
RE:  Good Samaritan Hosp
2250 E. Devon AVe  #352
Des Plaines, IL  60018-4519

MEPCO Finance Corp
RE:  StopRepairBills.Com
PO BOX  5978
Carol Stream, IL  60197-5978

Merchants Credit Guide
RE:  Hinsdale /Bolingbrook Adv
223 W. Jackson Blvd, #400
Chicago, IL  60606

Merchants Credit Guide
RE:  Adventist Hinsdale Hosp
223 W. Jackson Blvd, #400
Chicago, IL  60606

Merchants Credit Guide
RE:  Edward Hospital
223 W. Jackson Blvd, #400
Chicago, IL  60606

Midwest Diagnostic Pathology
Attn:  Patient Accts
75 Remittance Dr, #3070
Chicago, IL  60675-3070

Mr.M. Gondal
117 Schmidt
Bolingbrook, IL  60440

National Magazine Exchange
Attn:  Collections
PO BOX  9084
Clearwater, FL  33758-9084

NCO - Medclear
RE:  Shadow Emergency Phys
PO BOX  41448
Philadelphia, PA  19101

NCO Financial Systems Inc.
RE:  IL Tollway Authority
600 Holiday Plaza Dr,  #300
Matteson, IL  60443

NCO Financial Systems Inc.
RE:  Capital One
507 Prudential Road
Horsham, PA  19044

NCO Financial Systems Inc.
RE:  Sprint
507 Prudential Road
Horsham, PA  19044

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Nissan Motor Acceptance
Attn:   Bankruptcy Dept
PO Box 660360
Dallas, TX  75266-0000

Nissan Motor Acceptance
Attn Bankruptcy Dept
PO Box 0548
Carol Stream , TIL  60132-0548

OakBrook Pediatrics Ctr
Attn:  Patient Accts
3825 Highland Ave,  #2-C
Downers Grove, IL  60515

Our OBGYN, SC
Attn:  Patient Accts
3825 Highland Ave, Twr 2-#303
Downers Grove, IL  60515

Paragon Way Inc
RE:  JCP
2101 W. Ben White Blvd #103
Austin, TX  78704-7516

Penn Credit Corporation
RE: Illinois American Water
PO BOX  988
Harrisburg, PA  17108-0988

Planet Fitness
Attn:  Collections
1163 East Ogden Ave
Naperville, IL  60563

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

Radiologist of DuPage
Attn:   Patient Accts
520 E. 22nd St
Lombard, IL  60148

Receivables Performance Mgt
RE:  Nicor Gas
1930 220th Street, #101
Bothell, WA  98021

Revenue Cycle Solutions RCS
RE:  Edward Hospital
PO BOX  7229
Westchester, IL  60154

Revenue Production Mgmt
RE:  Edward Hospital
PO BOX  77000  Dept 77308
Detroit, MI  48277-0308

Sc Medical Associates
Attn:  Patient Accts
3649 Paysphere Circle
Chicago, IL  60674

Sonnenschein FNL
RE:  Village of Stone Park
2 Transam Plaza Dr #3
Oak Brook, IL  60523

State Collection Service
RE:  Emergency Healthcare Phys
2509 Stoughton Rd
Madison, WI  53716-0000

State Farm Bank
Attn:  Bankruptcy Dept
PO BOX  3001
Malvern, PA  19355

State Farm Insurance
Attn:  Collections
PO BOX  680001
Dallas, TX  75368-0001

Stellar Rec
RE:  Comcast
1845 US Highway 93 S,  #310
Kalispell, MT  59901

Swedish Covenant Hospital
Attn:  Patient Accts
5145 North California Ave
Chicago, IL  60625-3641

Tele-Collection Systems
RE:  Village of Stone PArk
2 TransAm Plaza,  #300
OakBrook Terrace, IL  60181-4817

U.S. Dept of Education
Attn:  Bankruptcy Dept
PO Box 5609
Greenville, TX  75403-5609

United Collection Bureau
RE:  Macy's
5620 Southwyck Blvd #206
Toledo, OH  43614-1501

US Bank
Attn:  Recovery Dept
PO Box
Cincinnati, OH  45202-5227

US Bank
Attn:  Recovery Dept
PO BOX  5227, ML CN-OH-W15
Cincinnati, OH  45202-5227

US Bank
Attn:  Recovery Dept
808 N. Route 59
Aurora, IL  60504-7922

Village of Stone Park
Attn:  Collections
1629 N. Mannheim
Stone Park, IL  60165

Vital Recovery Svc
RE:  AIG Marketing Inc.
PO Box 923747
Norcross, GA  30010-3747

Washington Mental Health Services
Attn:  Bankruptcy Dept
PO BOX  9016
Pleasanton, CA  94566-9016

West Suburban Nursing & Rehab
Attn:  Patient Accts
311 Edgewater Dr
Bloomingdale, IL  60108

WFNNB/Harlem Furniture
Attn:  Bankruptcy Dept
PO BOX  182125
Columbus, OH  43218-2125

WFNNB/The RoomPlace
Attn:  Bankruptcy Dept
PO BOX  182125
Columbus, OH  43218-2125